United States District Court
Southern District of Texas
**ENTERED**
February 28, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,            §
                                     §
        Plaintiff-Respondent,        §
                                     §      CRIMINAL NUMBER H-22-155
v.                                   §      (CIVIL ACTION NO. H-23-2790)
                                     §
JUAN ALBERT MENDEZ,                  §
                                     §
        Defendant-Petitioner.        §

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order entered on this date, Civil Action No. H-23-2790 is **DISMISSED WITH PREJUDICE**.

For reasons stated in the court's Memorandum Opinion and Order, Petitioner's request for an evidentiary hearing is **DENIED**.

A certificate of appealability is **DENIED**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SIGNED** at Houston, Texas, on this 28th day of February, 2024.

_____
                SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE